**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00540-CR

**ELIJAH ISAIAH TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-40599-K**

## ORDER

The reporter's record in the above-referenced case is missing State's Exhibit 40, a DVD. The electronic record filed with the Court includes an electronic entry purporting to be State's Exhibit 40, but this exhibit is not State's Exhibit 40. Rather, it is State's Exhibit 8, which the Court already has as part of the electronic record.

Over the past four weeks, this Court, through its Clerk's Office, has been in communication with the court reporter in the above case, Janice Garrett, by both telephone and e-mail regarding the missing exhibit. We have received e-mail responses from Ms. Garrett indicating she is searching for the exhibit. But as of the date of this Order, the record has still not been supplemented.

Pursuant to rule 34.5(c)(1) of the Texas Rules of Appellate Procedure, the Court therefore **ORDERS** court reporter Janice Garrett to file, no later than **FIVE DAYS** from the date of this order, either a supplemental record containing State's Exhibit 40, or a written response to the Court indicating the exhibit could not be found and is no longer available. *See* TEX. R. APP. P. 34.6(f).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, Official Court Reporter, Criminal District Court No. 4; and to counsel for all parties.

/s/     DAVID L. BRIDGES
         JUSTICE